(Brown County Case 89–CV–716) WISCONSIN PUBLIC SERVICE CORPORATION, A Wisconsin Corporation, Petitioner-Respondent,

Dairyland Power Cooperative, Wisconsin Electric Power Company and Wisconsin Power & Light Company, Intervenors-Respondents,

v.

PUBLIC SERVICE COMMISSION OF WISCONSIN, Respondent-Co-Appellant,

WISCONSIN PUBLIC POWER, INC. SYSTEM and Municipal Electric Utilities of Wisconsin, Intervenors-Appellants,†

(Eau Claire County Case 89–CV–309) NORTHERN STATES POWER COMPANY, A Wisconsin Corporation, Petitioner-Respondent,

DAIRYLAND POWER COOPERATIVE, Wisconsin Public Service Corporation, Intervenors-Respondents,

† Motion for reconsideration filed.

WISCONSIN PUBLIC POWER, INC. SYSTEM and Municipal Electric Utilities of Wisconsin, Intervenors-Appellants.††

v.

Charles H. THOMPSON, Chairman of the State of Wisconsin Public Service Commission, Mary Lou Munts, Commissioner, Cheryl L. Pofahl, Commissioner, Respondents,

PUBLIC SERVICE COMMISSION OF WISCONSIN, Respondent-Co-Appellant.

Supreme Court

*No. 92–1359. Oral argument March 31, 1993.—Decided April 13, 1993.*

(Also reported in 497 N.W.2d 723.)

For the intervenors-appellants there were briefs (in the court of appeals and the supreme court) by *Michael*

††Motion for reconsideration filed.

*P. May, Anita T. Gallucci* and *Boardman, Suhr, Curry & Field*, Madison and oral argument by *Mr. May*.

For the respondent-co-appellant there were briefs (in the court of appeals and the supreme court) by *Barbara E. James*, chief counsel, Electric Division, Public Service Commission of Wisconsin, and oral argument by *Ms. James*.

For the petitioner-respondent, Northern States Power Company, there were briefs (in the court of appeals and the supreme court) by *John D. Wilson, John P. Moore, Jr.* and *Northern States Power Company*, Eau Claire and *David J. Hanson and Michael, Best & Friedrich*, Madison, and oral argument by *Mr. Wilson*.

For the petitioner-respondent, Wisconsin Public Service Corporation and intervenors-respondents, Wisconsin Electric Power Company & Wisconsin Power & Light Company, there were briefs (in the court of appeals and the supreme court) by *Allen W. Williams, Jr., Bradley D. Jackson* and *Foley & Lardner*, Milwaukee and of counsel *William D. Harvey and Wisconsin Power and Light Company*, Madison *and Walter T. Woelfle and Wisconsin Electric Power Company*, Milwaukee and oral argument by *Mr. Williams*.

For the intervenor-respondent, Dairyland Power Cooperative, there was a brief (in the court of appeals) by *Jeffrey L. Landsman* and *Wheeler, Van Sickle & Anderson, S.C.*, Madison and oral argument by *Mr. Landsman*.

PER CURIAM. The court is equally divided on the question of whether to affirm or reverse the judgment of the circuit court for Brown county. Justice DAY, Justice STEINMETZ, and Justice CECI would affirm; Chief

Justice HEFFERNAN, Justice ABRAHAMSON, and Justice BABLITCH would reverse. Justice WILCOX did not participate.

Accordingly, the judgment of the circuit court is affirmed.